Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                           Case No.:  18−11518−KCF
                           Chapter:  13
                           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fozia Awan                                       Fateh K Awan
   11 Isabelle St                                    11 Isabelle St
   Metuchen, NJ 08840−2801             Metuchen, NJ 08840−2801

Social Security No.:
   xxx−xx−3636                                    xxx−xx−3874

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on February 19, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 19, 2019
JAN: slf

                                                                     Jeanne Naughton
                                                                     Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 18-11518-KCF
Fozia Awan                                                   Chapter 13
Fateh K Awan
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3                  Date Rcvd: Feb 19, 2019
                              Form ID: 148               Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db/jdb         Fozia Awan,    Fateh K Awan,    11 Isabelle St,    Metuchen, NJ 08840-2801
517297053      Capital One N.A. Sears/Orchar,    6716 Grade Ln Bldg 9,    Louisville, KY 40213-3410
517297055      Chase Bank,    PO Box 78420,    Phoenix, AZ 85062-8420
517297060      Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                Saint Louis, MO 63179-0040
517365061     +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
517983992      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
517410215     +JPMorgan Chase Bank, National Association,    Bankruptcy Department,    Mail Code LA4-5555,
                700 Kansas Lane,    Monroe, LA 71203-4774
517297070      MIDDLESEX COUNTY SPECIAL CIVIL PART,    56 Paterson St,    New Brunswick, NJ 08901-2014
517297069      MIDDLESEX County Special Civil,    56 Paterson St,    New Brunswick, NJ 08901-2014
517297057      National Bank By Mail,    PO Box 36520,    Louisville, KY 40233-6520
517437345     +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
517297071      Pnc Bank,    Attn: Bankruptcy Department,    PO Box 94982,    Cleveland, OH 44101-4982
517297072     +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
517297066     +Superior Court of New Jersey,    Hudson County Special Civil Part,    595 Newark Ave,
                Jersey City, NJ 07306-2394
517331583     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517297084      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:09      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 02:05:07      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517297049      EDI: TSYS2.COM Feb 20 2019 06:28:00      Barclays Bank Delaware,    100 S West St,
                Wilmington, DE 19801-5015
517297050      EDI: TSYS2.COM Feb 20 2019 06:28:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE 19899-8803
517297051      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Capital One,    15000 Capital One Dr,
                Richmond, VA 23238-1119
517297052      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517348516      EDI: CAPITALONE.COM Feb 20 2019 06:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
517297054      EDI: MERRICKBANK.COM Feb 20 2019 06:28:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
                PO Box 9201,    Old Bethpage, NY 11804-9001
517297056      EDI: CHASE.COM Feb 20 2019 06:28:00      Chase Card,    PO Box 15298,
                Wilmington, DE 19850-5298
517297058      EDI: CHASE.COM Feb 20 2019 06:28:00      Chase Card Services,    Attn: Correspondence Dept,
                PO Box 15298,    Wilmington, DE 19850-5298
517297059      EDI: CITICORP.COM Feb 20 2019 06:28:00      Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
517297061      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitycapital/boscov,    Comenity Bank,
                PO Box 182125,    Columbus, OH 43218-2125
517297062      EDI: WFNNB.COM Feb 20 2019 06:28:00      Comenitycb/boscov,    PO Box 182120,
                Columbus, OH 43218-2120
517313727      EDI: DISCOVER.COM Feb 20 2019 06:28:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
517297063      EDI: DISCOVER.COM Feb 20 2019 06:28:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
517297064      EDI: DISCOVER.COM Feb 20 2019 06:28:00      Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
517297065      EDI: TSYS2.COM Feb 20 2019 06:28:00      Dsnb Macys,    PO Box 8218,    Mason, OH 45040-8218
517433424      EDI: RESURGENT.COM Feb 20 2019 06:28:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Capital One, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517433453      EDI: RESURGENT.COM Feb 20 2019 06:28:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517297067      EDI: RESURGENT.COM Feb 20 2019 06:28:00      Lvnv Funding LLC,    PO Box 1269,
                Greenville, SC 29602-1269
517433374      EDI: MERRICKBANK.COM Feb 20 2019 06:28:00      MERRICK BANK,    Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
517297068      EDI: MERRICKBANK.COM Feb 20 2019 06:28:00      Merrick Bank Corp,    PO Box 9201,
                Old Bethpage, NY 11804-9001
517388108      EDI: PRA.COM Feb 20 2019 06:28:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                POB 41067,    Norfolk VA 23541
517388106      EDI: PRA.COM Feb 20 2019 06:28:00      Portfolio Recovery Associates, LLC,
                c/o Sears MasterCard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Feb 19, 2019
                              Form ID: 148             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517424663      EDI: PRA.COM Feb 20 2019 06:28:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
               POB 41067,    Norfolk VA 23541
517407018      EDI: Q3G.COM Feb 20 2019 06:23:00      Quantum3 Group LLC as agent for,
               JH Portfolio Debt Equities LLC,    PO Box 788,    Kirkland, WA 98083-0788
517421923      EDI: Q3G.COM Feb 20 2019 06:23:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA 98083-0788
517406874      EDI: Q3G.COM Feb 20 2019 06:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
517297073      EDI: SEARS.COM Feb 20 2019 06:28:00      Sears/Cbna,    PO Box 6283,
               Sioux Falls, SD 57117-6283
517297075      EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/Toys 'R' US,    PO Box 965064,
               Orlando, FL 32896-5064
517297077      EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/Walmart,    PO Box 965024,
               Orlando, FL 32896-5024
517297074      EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/tjx Cos Dc,    PO Box 965005,
               Orlando, FL 32896-5005
517297076      EDI: RMSC.COM Feb 20 2019 06:28:00      Syncb/toysrusdc,    PO Box 965005,
               Orlando, FL 32896-5005
517299203     +EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517297078      EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Tjx,    Attn: Bankruptcy,    PO Box 965060,
               Orlando, FL 32896-5060
517297079      EDI: RMSC.COM Feb 20 2019 06:28:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
               PO Box 965060,    Orlando, FL 32896-5060
517437691     +E-mail/Text: bncmail@w-legal.com Feb 20 2019 02:05:17      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517297083      EDI: TFSR.COM Feb 20 2019 06:23:00      Toyota Motor Credit Co,    Toyota Financial Services,
               PO Box 8026,    Cedar Rapids, IA 52408-8026
517297080      EDI: WTRRNBANK.COM Feb 20 2019 06:28:00      Target,    C/O Financial & Retail Srvs Mailstopn BT,
               PO Box 9475,    Minneapolis, MN 55440-9475
517297081      EDI: WTRRNBANK.COM Feb 20 2019 06:28:00      Td Bank USA/Targetcred,    PO Box 673,
               Minneapolis, MN 55440-0673
517297082      EDI: TFSR.COM Feb 20 2019 06:23:00      Toyota Motor Credit,    PO Box 9786,
               Cedar Rapids, IA 52409-0004
517767233      EDI: BL-TOYOTA.COM Feb 20 2019 06:28:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
                                                                                               TOTAL: 42

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
          Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, National Association
           NJ_ECF_Notices@McCalla.com
          Phillip Andrew Raymond    on behalf of Creditor   JPMorgan Chase Bank, National Association
           phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veer P Patel    on behalf of Debtor Fozia Awan
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com
```

```
District/off: 0312-3            User: admin              Page 3 of 3              Date Rcvd: Feb 19, 2019
                                Form ID: 148             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Veer P Patel    on behalf of Joint Debtor Fateh K Awan
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com;figueroa@focusedlaw.com
                                                                                                                        TOTAL: 9